UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR25-0055-KKE |
|---|---|
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO CONTINUE THE SENTENCING DATE |
| v. | |
| CHERIAN ABRAHAM, | |
| Defendant(s). | |

      To accommodate Defendant's counsel's schedule, the Court GRANTS the parties' stipulated motion to continue the sentencing date from September 15, 2025, to October 15, 2025, at 11 a.m. Dkt. No. 38.

      Dated this 1st day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE THE SENTENCING DATE - 1