1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-0055-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION TO SEAL |
| v. | |
| CHERIAN ABRAHAM, | |
| Defendant(s). | |

The Government filed a motion to seal exhibits submitted along with its sentencing memorandum. Dkt. No. 46. Defendant did not oppose this motion. The Court finds that it is appropriate to maintain the sentencing exhibits under seal because they contain sensitive information related to victims of uncharged offenses, and therefore GRANTS the Government's unopposed motion to seal. Dkt. No. 46. The sentencing exhibits (Dkt. No. 47) shall remain under seal.

Dated this 15th day of October, 2025.

Kymberly K. Evanson
United States District Judge