UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>CHERIAN ABRAHAM,<br><br>　　　　　　Defendant(s). | CASE NO. CR25-0055-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The parties shall file briefs addressing post-judgment restitution according to the following schedule:

　　a. The Government's brief must be filed no later than January 26, 2026.

　　b. Defendant's brief must be filed no later than February 2, 2026.

　　c. The Government's optional reply brief must be filed no later than February 4, 2026.

(2) The parties' briefing shall address whether a hearing is requested, or whether the Court should enter a restitution order based on the written record.

MINUTE ORDER - 1

(3) Along with their briefs, the parties shall file a proposed order addressing the relevant restitution factors.

Dated this 17th day of November, 2025.

                                               Ravi Subramanian
                                               Clerk

                                               */s/ Alejandro Pasaye Hernandez*
                                               Deputy Clerk

MINUTE ORDER - 2