UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-0055-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT AND STRIKE RESTITUTION |
| v. | |
| CHERIAN ABRAHAM, | |
| Defendant(s). | |

The Court GRANTS the Government's unopposed motion to amend the judgment and strike restitution.  Dkt. No. 60.  Accordingly, the Court VACATES the briefing schedule on post-judgment restitution.  Dkt. No. 59.  The Court will enter a second amended judgment as proposed by the Government to remove the restitution condition.

Dated this 9th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT AND STRIKE RESTITUTION - 1